**ORIGINAL**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR 21 2006

CLERK, U.S. DISTRICT COURT
By _____
         Deputy

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ALASKA U.F.C.W. PENSION TRUST, on Behalf of Itself and All Others Similarly Situated and Derivatively on Behalf of WYNDHAM INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FRED J. KLEISNER, KARIM A. ALIBHAI, MARC BEILINSON, LEON D. BLACK, LEONARD BOXER, ADELA CEPEDA, MILTON FINE, LEE S. HILLMAN, THOMAS H. LEE, ALAN M. LEVENTHAL, WILLIAM L. MACK, LEE S. NEIBART, MARC J. ROWAN, ROLF E. RUHFUS, LAWRENCE RUISI, SCOTT A. SCHOEN, SCOTT M. SPERLING, LYNN C. SWANN and SHERWOOD M. WEISER, <br><br> Defendants. | Civil Action No. 3-05CV1323-B |

### STIPULATION AND PROPOSED ORDER OF DISMISSAL

Plaintiff and Defendants stipulate and agree that Plaintiff Alaska U.F.C.W. Pension Trust hereby voluntarily dismisses the Amended Class Action Complaint (the "Complaint") with prejudice as to itself and without prejudice as to other members of the prospective class alleged in the Complaint.

Dated:   March 21, 2006

SO ORDERED

_____
United States District Judge

PROVOST & UMPHREY LAW FIRM, LLP

By: _____
Joe Kendall
State Bar No. 11260700
Willie C. Briscoe
State Bar No. 24001788
3232 McKinney Avenue, Suite 700
Dallas, TX 75204
Tel: (214) 744-3000
Fax: (214) 744-3015

HAYNES AND BOONE, LLP

By: _____
Nicholas Even
State Bar No. 24014446
R. Thaddeus Behrens
State Bar No. 24029440
901 Main Street, Suite 3100
Dallas, TX 75202
Tel: (214) 651-5000
Fax: (214) 651-5940

Attorneys for Defendants Fred J. Kleisner, Karim A.
Alibhai, Marc Beilinson, Leonard Boxer, Adela Cepeda,
Milton Fine, Lee S. Hillman, Rolf E. Ruhfus,
Lawrence Ruisi, Lynn C. Swann, Sherwood M. Weiser
and Nominal Defendant Wyndham International, Inc.

AKIN GUMP STRAUSS HAUER & FELD LLP

By: _____
Orrin L. Harrison, III
State Bar No. 09130700
Scott T. Williams
State Bar No. 00791937
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue, Ste. 4100
Dallas, TX 75201-4675
Tel: (214) 969-2800
Fax: (214) 969-4343

Attorneys for Defendants Leon B. Black, Thomas H. Lee,
Alan M. Leventhal, William L. Mack, Lee S. Neisbart,
Marc J. Rowan, Scott A. Schoen, and Scott M. Sperling

PROVOST & UMPHREY LAW FIRM, LLP

By: _____
   Joe Kendall
   State Bar No. 11260700
   Willie C. Briscoe
   State Bar No. 24001788
   3232 McKinney Avenue, Suite 700
   Dallas, TX 75204
   Tel: (214) 744-3000
   Fax: (214) 744-3015

HAYNES AND BOONE, LLP

By: */s/ Nicholas Even*
   Nicholas Even
   State Bar No. 24014446
   R. Thaddeus Behrens
   State Bar No. 24029440
   901 Main Street, Suite 3100
   Dallas, TX 75202
   Tel: (214) 651-5000
   Fax: (214) 651-5940

Attorneys for Defendants Fred J. Kleisner, Karim A. Alibhai, Marc Beilinson, Leonard Boxer, Adela Cepeda, Milton Fine, Lee S. Hillman, Rolf E. Ruhfus, Lawrence Ruisi, Lynn C. Swann, Sherwood M. Weiser and Nominal Defendant Wyndham International, Inc.

AKIN GUMP STRAUSS HAUER & FELD LLP

By: */s/ Scott J. Williams*
   Orrin L. Harrison, III
   State Bar No. 09130700
   Scott T. Williams
   State Bar No. 00791937
   Akin Gump Strauss Hauer & Feld LLP
   1700 Pacific Avenue, Ste. 4100
   Dallas, TX 75201-4675
   Tel: (214) 969-2800
   Fax: (214) 969-4343

Attorneys for Defendants Leon B. Black, Thomas H. Lee, Alan M. Leventhal, William L. Mack, Lee S. Neisbart, Marc J. Rowan, Scott A. Schoen, and Scott M. Sperling

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Stipulation and Order was served electronically upon its filing in accordance with the Federal Rules of Civil Procedure and Rule 9 of this Court's Miscellaneous Order No. 61 on this 17th day of March 2006 to the following individuals:

Joe Kendall
Willie C. Briscoe
Provost & Umphrey Law Firm, LLP
3232 McKinney Avenue, Suite 700
Dallas, Texas 75204

Darren J. Robbins
Lerach Coughlin Stoia & Robbins LLP
655 W. Broadway, Suite 1900
San Diego, California 92101

Orrin L. Harrison, III
Scott T. Williams
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue, Ste. 4100
Dallas, TX 75201-4675